```
1  BENJAMIN B. WAGNER
   United States Attorney
2  NICHOLAS M. FOGG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-CR-00010-CKD |
|---|---|---|
| Plaintiff, | ) ) ) | Order Vacating TCH and Jury Trial, Setting Status Hearing, and  Excluding Time Under Local Code T4 |
| v. | ) | |
| DAVID V. GARCIA, | ) ) | DATE: March 1, 2012 TIME: 2:00 p.m. |
| Defendant. | ) | JUDGE: Carolyn K. Delaney |

It is hereby ordered that the Trial Confirmation Hearing set for February 23, 2012 and the Jury Trial set for March 5, 2012 are VACATED.  A Status Hearing is set for March 1, 2012 at 2 p.m. Time is excluded from today's date through March 1, 2012 under Local Code T4, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: February 23, 2012

/s/Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge